

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

April 4, 2023

**By E-Mail**

The Honorable Paul E. Davison
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

    **Re:**    *United States v. Fabian Laredo Torres*, **23 Cr. 158**

Dear Judge Davison:

    In light of the arrest of the defendant this morning in the above-referenced case, the Government respectfully requests that the complaint be unsealed.

So Ordered 4/4/23

                                               Respectfully submitted,

                                               DAMIAN WILLIAMS
                                             United States Attorney

                                            By: _____
                                             Timothy Ly
                                             Assistant United States Attorney
                                             (914) 993-1910